IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 10-04003-ESL |
| JOSEFINA FELIX VAZQUEZ | CHAPTER 13 |
| DEBTOR | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **JOSEFINA FELIX VAZQUEZ** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated June 10 2010, herewith and attached to this motion.

2. This Amended Plan is filed to surrender collateral Banco Popular de Puerto Rico (Certificate of deposit).

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Josefina Felix Vazquez and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 10th day of June, 2010.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                    Case No. _____

**FELIX VAZQUEZ, JOSEFINA**                           Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **6/10/2010**
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **600.00** x **10** = $ **6,000.00**
$ **1,030.00** x **50** = $ **51,500.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **57,500.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **57,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: /s/ _Josefina Felix_
          Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIA BERRIC** Cr. _____ Cr. _____
# **2305891202** # _____ # _____
$ **1,303.50** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BANCO POPULAR D** (Certificate of deposit)
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**RELIABLE FINANCIA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
          ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Muebleria Berrios thru the Trustee in the sum $70.00 per month for the next eight months or until confirmation.

*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FELIX VAZQUEZ, JOSEFINA
BOX 9330
CAGUAS, PR 00726

SAMS
PO BOX 105980 DEPT 77
ATLANTA, GA 30353-5980

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

SEARS
PO BOX 6189
SIOUX FALLS, SD 57117

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

INTLHOM PROD
PO BOX 3885
SAN JUAN, PR 00936

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

JC PENNEY
PO BOX 364788
SAN JUAN, PR 00936-4788

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR 00739-0674

RADIO SHACK
PO BOX 8181
GRAY, TN 37615-0181

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382